UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>          Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 3:17-cv-07369-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 9 |

I have reviewed Magistrate Judge Donna M. Ryu's February 9, 2018 report and recommendation that pro se plaintiff Cornelius Lopes's complaint be dismissed without prejudice for failure to prosecute. Dkt. No. 9. Mr. Lopes has not filed an objection to the report and recommendation within 14 days as required under 28 U.S.C. § 636 and Federal Rule of Civil Procedure 71.

I find the Report and Recommendation correct, well-reasoned, and thorough, and adopt it in every respect. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 12, 2018

_____
William H. Orrick
United States District Judge